NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: ALLEN H. RAU, REAL PARTY IN INTEREST TOWER LABORATORIES, LTD.,

*Appellants*

---

2015-1849

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/234,312.

---

## JUDGMENT

---

STEVEN B. KELBER, The Kelber Law Group, Washington, DC, argued for appellants.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, KAKOLI CAPRIHAN, JEREMIAH HELM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 14, 2016 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |